DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD MCDONALD CONSTRUCTION INC.,** a Florida Corporation,
Appellant,

v.

**JPMORGAN CHASE BANK, NA,**
Appellee.

No. 4D14-2476

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 2013CA011592XXXXMB.

Timothy P. O'Neill of Cohen, Norris, Wolmer, Ray, Telepman & Cohen, North Palm Beach, for appellant.

Derek E. León and Benjamin Weinberg of León Cosgrove, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***